UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ERIC ORLANDO FOWLER,

    Plaintiff,

v.                        Case No. 5:23-cv-303-TKW-MJF

UNITED STATES OF AMERICA , et al.,

    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 4) and Plaintiff's "show cause" (Doc. 5), "statement of interest" (Doc. 6), "order rejecting magistrate judge's report and recommendation" (Doc. 7), and "notice of conflict and variance" (Doc. 8). The Court will treat Plaintiff's filings collectively as his objection to the Report and Recommendation under Fed. R. Civ. P. 72(b)(2).

The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3). Based on that review, the Court finds that the issues raised in the objection are nonsensical and frivolous. Moreover, none of those issues change the fact that Plaintiff is prohibited from proceeding *in forma pauperis* in federal court under the "three-strike statute," 28 U.S.C. §1915(g).

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** under 28 U.S.C. §1915(g).

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 12th day of January, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**